UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WILLY SANTANA,

                Plaintiff,

  -against-                                  **JUDGMENT**

THE CITY OF NEW YORK, NYPD OFFICER ERICK      Case No.: 23-cv-734
ESTRADA Shield No. 11358, NYPD OFFICER BRIAN
LIMA Shield No. 12649, NYPD OFFICER KEVIN C.
GROGAN Shield No. 21063, NYPD OFFICER MD S.
KADER Shield No. 5064, and NYPD OFFICERS JOHN
AND JANE DOE ONE THROUGH TEN (names being
fictitious, as the true names are presently unknown),

                Defendants.
------------------------------------------------------------X

      This action having been commenced on January 27, 2023 by filing a Summons and Complaint, and all defendants having appeared in this action, and

      Pursuant to Rule 68 of the Federal Rules of Civil Procedure, defendants, and any defendant who is currently or subsequently named and hereafter represented by the Office of the Corporation Counsel in this action, hereby offer to allow plaintiff WILLY SANTANA to take a judgment against THE CITY OF NEW YORK in this action for the total sum of Fifty Thousand and One ($50,001.00) Dollars, plus reasonable attorneys' fees, expenses, and costs to the date of this offer for plaintiff's federal claims.

      This judgment shall be in full satisfaction of all federal and state law claims or rights that plaintiff may have to damages, or any other form of relief, arising out of the alleged acts or omissions of defendants or any official, employee, or agent, either past or present, of THE CITY OF NEW YORK, or any agency thereof, in connection with the facts and circumstances that are the subject of this action.

This offer of judgment is made for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure and is not to be construed as an admission of liability by defendants or any official, employee, or agent of THE CITY OF NEW YORK, or any agency thereof; nor is it an admission that plaintiff has suffered any damages.

Acceptance of this offer of judgment will act to release and discharge defendants; their successors or assigns; and all past and present officials, employees, representatives, and agents of THE CITY OF NEW YORK, or any agency thereof, from any and all claims that were or could have been alleged by plaintiff arising out of the facts and circumstances that are the subject of this action.

Acceptance of this offer of judgment also will operate to waive plaintiff's rights to any claim for interest on the amount of the judgment.

Plaintiff WILLY SANTANA agrees that payment of Fifty Thousand and One ($50,001.00) Dollars within ninety (90) days of the date of acceptance of the offer shall be a reasonable time for such payment, unless plaintiff received medical treatment in connection with the underlying claims in this case for which Medicare has provided, or will provide, payment in full or in part. If plaintiff WILLY SANTANA is a Medicare recipient who received medical treatment in connection with the claims in this case, the ninety (90) day period for payment shall start to run from the date plaintiff submits to counsel for defendants a final demand letter from Medicare.

By acceptance of this Rule 68 Offer of Judgment, plaintiff WILLY SANTANA agrees to resolve any claim that Medicare may have for reimbursement of conditional payments it has made as secondary payer, and a Medicare Set-Aside Trust shall be created, if required by 42 U.S.C.§ 1395y(b) and 42 C.F.R. §§ 411.22through411.26. Plaintiff WILLY SANTANA further agrees to hold harmless defendants and all past and

present officials, employees, representatives and agents of THE CITY OF NEW YORK, or any agency thereof, regarding any past and/or future Medicare payments, presently known or unknown, made in connection with this matter.

ORDERED, ADJUDED AND DECREED: That the plaintiff have judgment against defendant THE CITY OF NEW YORK in the liquidated amount of $50,001.00.

Dated: New York, New York
       February 13, 2024

_____
   HON. KATHERINE POLK FAILLA
   UNITED STATES DISTRICT JUDGE